```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 20-00407-RNO
Peter W Belmont                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke           Page 1 of 1             Date Rcvd: Apr 09, 2020
                              Form ID: ntcnfhrg         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db            +Peter W Belmont,    1051 Deer Valley Rd,    Lake Ariel, PA 18436-8046
5297987       +Deutsche Bank,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
5319745       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5297988        Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard, STE 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103
5297989       +Wallenpaupack Lake Estates,    1005 Wallenpaupack Drive,    Lake Ariel, PA 18436-8138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2020 19:57:01
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5305815        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 20:08:46
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
5298466       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 19:57:27     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5319269        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2020 20:08:48     Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2007-HE2, Et Al... bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Debtor 1 Peter W Belmont markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** MIDDLE DISTRICT OF PENNSYLVANIA ||
| In re: ||
| Peter W Belmont,  **Debtor 1** | Chapter 13 Case No. 5:20−bk−00407−RNO |

## Notice

The confirmation hearing has been rescheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2020 |

ntcnfhrg (03/18)