Certificate Number: 03088-PAM-DE-034350032

Bankruptcy Case Number: 20-00407



03088-PAM-DE-034350032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2020, at 2:32 o'clock PM CDT, Peter W Belmont completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: April 16, 2020 | By: /s/Crystal Towner |
| | Name: Crystal Towner |
| | Title: Counselor |