IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PETER W. BELMONT | : | CASE NO. 5:20-bk-00407-RNO |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | CHAPTER 13 |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

                    Respectfully submitted,

                    ANDREW R. VARA
                    UNITED STATES TRUSTEE
                    REGIONS 3 & 9

By: /s/ D. Troy Sellars
     D. Troy Sellars, Esq.
     Trial Attorney
     United States Department of Justice
     Office of the United States Trustee
     Middle District of Pennsylvania
     228 Walnut Street, Suite 1190
     Harrisburg, PA 17101
     Tel. (717) 221-4515
     Fax (717) 221-4554
     Bar I.D. #210302
     Email: D.Troy.Sellars@usdoj.gov

Dated: July 10, 2020