United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00407-HWV |
| Peter W Belmont | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2

Date Rcvd: May 06, 2021        Form ID: ordsmiss        Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peter W Belmont, 1051 Deer Valley Rd, Lake Ariel, PA 18436-8046 |
| cr | + | Deutsche Bank National Trust Company, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5297987 | + | Deutsche Bank, c/o Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5344497 | + | Deutsche Bank National Trust Co. Trustee, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5319745 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5297988 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, STE 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5297989 | + | Wallenpaupack Lake Estates, 1005 Wallenpaupack Drive, Lake Ariel, PA 18436-8138 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 06 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5305815 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2021 19:17:05 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5298466 | + | EDI: RMSC.COM | May 06 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5319269 | | EDI: AIS.COM | May 06 2021 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2, Et Al... bkgroup@kmllawgroup.com |
| Mark E. Moulton | on behalf of Debtor 1 Peter W Belmont markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HSI Asset Securitization Corporation Trust 2007-HE2, Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Peter W Belmont,                                          Chapter          13

      **Debtor 1**

                                                   Case No.          5:20−bk−00407−HWV

### Order

    Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

    **ORDERED** that the case is hereby dismissed as to Debtor 1.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  May 6, 2021                                          By the Court,

                                                             Honorable Henry W. Van Eck
                                                             Chief Bankruptcy Judge
                                                             By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)